UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN RAY STANLEY #10669-04,

    Movant,

Case No. 1:09-CV-452

v.

HON. GORDON J. QUIST

UNITED STATES OF AMERICA,

    Respondent.
                                   /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 1, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 1, 2010, is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (docket no. 1) is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: November 18, 2010                                             /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE